GLENS FALLS PORTLAND CEMENT COMPANY, Appellant, *v.* SCHENECTADY COUNTY COAL COMPANY, Respondent, Impleaded with Others.

Reported below, 163 App. Div. 757.
(Submitted December 7, 1914; decided December 15, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 13, 1914, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint in an action to foreclose a mechanic's lien.

The motion was made upon the ground that the reversal by the Appellate Division was upon questions of fact and was unanimous, and that there was evidence tending to support its findings of fact.

*Edgar T. Brackett* for motion.

No one opposed.

Motion denied, with ten dollars costs.